UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jean E. Breeden, et al.

Plaintiffs, Civil 00-1119 PAM/JGL

v.

Soo Line Railroad Company,

Defendant.

---

**NOTICE OF CANCELLATION OF PRETRIAL CONFERENCE**

The pretrial conference which was scheduled for Thursday, August 31, 2000 @ @ 4:00 P.M., before Chief Judge Magnuson, is CANCELLED. The parties shall receive a new notice when this is re-scheduled.

Dated: August 18, 2000

FRANCIS E. DOSAL,
Clerk of U.S. District Court

Suzanne M. Ruiz
Calendar Clerk to Judge Magnuson

cc: All Counsel of Record

FILED AUG 18 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______